# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 6,1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:14–cv–00274

Red Pine Point LLC v. Amazon.com Inc et al  
Assigned to: Honorable James F. Holderman  
Cause: 28:1331 Federal Question

Date Filed: 01/15/2014  
Date Terminated: 07/16/2014  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Red Pine Point LLC**     represented by     **Joseph J Siprut**
Siprut PC
17 N. State St.
Suite 1600
Chicago, IL 60602
312.236.0000
Fax: 312.878.1342
Email: jsiprut@siprut.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melanie K. Nelson**
Siprut PC
17 N. State Street
Chicago, IL 60602
312–236–0603
Email: mnelson@siprut.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Michael Wawrzyn**
Wawwrzyn LLC
233 S. Wacker Drive
84th Floor
Chicago, IL 60606
(312) 283–8330
Email: matt@wawrzynlaw.com
*ATTORNEY TO BE NOTICED*

**Stephen Charles Jarvis**
Wawrzyn Llc
233 S. Wacker Drive
84th Floor
Chicago, IL 60606
(312) 283–8332
Email: stephen@wawrzynlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Amazon.com Inc**                                                  represented by    **Adam K Mortara**
Bartlit Beck Herman Palenchar &Scott LLP
54 West Hubbard Street
Suite 300
Chicago, IL 60654
(312) 494–4400
Fax: (312) 494–4440
Email: adam.mortara@bartlit−beck.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Taylor**
Bartlit Beck Herman Palenchar &Scott Llp
1899 Wynkoop Street
8th Floor
Denver, CO 80202
(303) 592−3100
Email: daniel.taylor@bartlit−beck.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Magnolia Pictures LLC**                        represented by    **Adam K Mortara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Taylor**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2014 | Ï 1 | COMPLAINT filed by Red Pine Point LLC; Jury Demand. Filing fee $ 400, receipt number 0752−9107254. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Nelson, Melanie) (Entered: 01/15/2014) |
| 01/15/2014 | Ï 2 | CIVIL Cover Sheet (Nelson, Melanie) (Entered: 01/15/2014) |
| 01/15/2014 | Ï 3 | ATTORNEY Appearance for Plaintiff Red Pine Point LLC by Melanie K. Nelson (Nelson, Melanie) (Entered: 01/15/2014) |
| 01/15/2014 | Ï 4 | ATTORNEY Appearance for Plaintiff Red Pine Point LLC by Joseph J Siprut (Siprut, Joseph) (Entered: 01/15/2014) |
| 01/16/2014 | Ï | CASE ASSIGNED to the Honorable James F. Holderman. Designated as Magistrate Judge the Honorable Jeffrey T. Gilbert. (meg, ) (Entered: 01/16/2014) |
| 01/16/2014 | Ï 5 | MAILED Patent report to Patent Trademark Office, Alexandria VA. (ea, ) (Entered: 01/16/2014) |
| 01/17/2014 | Ï 6 | ATTORNEY Appearance for Plaintiff Red Pine Point LLC by Matthew Michael Wawrzyn (Wawrzyn, Matthew) (Entered: 01/17/2014) |

| | | |
|---|---|---|
| 01/17/2014 | 7 | ATTORNEY Appearance for Plaintiff Red Pine Point LLC by Stephen Charles Jarvis (Jarvis, Stephen) (Entered: 01/17/2014) |
| 01/28/2014 |  | SUMMONS Issued as to Defendant Amazon.com Inc (pg, ) (Entered: 01/28/2014) |
| 01/28/2014 |  | SUMMONS Issued as to Defendant Magnolia Pictures LLC (pg, ) (Entered: 01/28/2014) |
| 04/18/2014 | 8 | MOTION by Plaintiff Red Pine Point LLC to consolidate cases *through claim construction* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Jarvis, Stephen) (Entered: 04/18/2014) |
| 04/18/2014 | 9 | NOTICE of Motion by Stephen Charles Jarvis for presentment of motion to consolidate cases 8 before Honorable James F. Holderman on 4/29/2014 at 09:00 AM. (Jarvis, Stephen) (Entered: 04/18/2014) |
| 04/29/2014 | 10 | MINUTE entry before the Honorable James F. Holderman: Motion hearing held. Plaintiff's motion to consolidate cases 8 is granted. Status hearing set for 5/1/14 at 9:00 a.m. Notice mailed by judge's staff (ntf, ) (Entered: 04/29/2014) |
| 05/01/2014 | 11 | MINUTE entry before the Honorable James F. Holderman: Status hearing held. Defendants' motion to transfer shall be filed by 5/8/14. Plaintiff's response shall be filed by 5/15/14. Defendants' reply in support shall be filed by 5/22/14. The court will rule electronically. Notice mailed by judge's staff (ntf, ) (Entered: 05/01/2014) |
| 05/08/2014 | 12 | ATTORNEY Appearance for Defendant Amazon.com Inc by Adam K Mortara (Mortara, Adam) (Entered: 05/08/2014) |
| 05/08/2014 | 13 | MOTION by Defendants Amazon.com Inc, Magnolia Pictures LLC to transfer case *to the Northern District of California Pursuant to 28 U.S.C. § 1404(a)* (Mortara, Adam) (Entered: 05/08/2014) |
| 05/08/2014 | 14 | MEMORANDUM by Amazon.com Inc, Magnolia Pictures LLC in support of motion to transfer case 13 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T)(Mortara, Adam) (Entered: 05/08/2014) |
| 05/15/2014 | 15 | RESPONSE by Red Pine Point LLCin Opposition to MOTION by Defendants Amazon.com Inc, Magnolia Pictures LLC to transfer case *to the Northern District of California Pursuant to 28 U.S.C. § 1404(a)* 13 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Jarvis, Stephen) (Entered: 05/15/2014) |
| 05/22/2014 | 16 | MOTION by Plaintiff Red Pine Point LLC for extension of time to file answer *(AGREED MOTION)* (Jarvis, Stephen) (Entered: 05/22/2014) |
| 05/22/2014 | 17 | NOTICE of Motion by Stephen Charles Jarvis for presentment of motion for extension of time to file answer 16 before Honorable James F. Holderman on 6/5/2014 at 09:00 AM. (Jarvis, Stephen) (Entered: 05/22/2014) |
| 05/22/2014 | 18 | REPLY by Defendants Amazon.com Inc, Magnolia Pictures LLC to motion to transfer case 13 *to the Northern District of California Pursuant to 28 U.S.C. § 1404(a)* (Attachments: # 1 Exhibit U, # 2 Exhibit V, # 3 Exhibit W)(Mortara, Adam) (Entered: 05/22/2014) |
| 05/27/2014 | 19 | MINUTE entry before the Honorable James F. Holderman: Parties' agreed motion for extension of time to answer or otherwise respond 16 is granted to 7/15/14. Motion hearing date of 6/5/14 is stricken. Notice mailed by judge's staff (ntf, ) (Entered: 05/27/2014) |
| 07/08/2014 | 20 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752–9645470. (Taylor, Daniel) Modified on 7/8/2014 (ntf, ). (Entered: 07/08/2014) |

| | | |
|---|---|---|
| 07/08/2014 | 21 | MINUTE entry before the Honorable James F. Holderman: Defendant Amazon.com's application for leave to appear pro hac vice 20 is granted. Attorney Daniel C. Taylor is given leave to appear as counsel for Defendant Amazon.com Inc. Notice mailed by judge's staff (ntf, ) (Entered: 07/08/2014) |
| 07/09/2014 | 22 | ATTORNEY Appearance for Defendant Amazon.com Inc by Daniel C. Taylor (Taylor, Daniel) (Entered: 07/09/2014) |
| 07/15/2014 | 23 | ATTORNEY Appearance for Defendant Magnolia Pictures LLC by Adam K Mortara (Mortara, Adam) (Entered: 07/15/2014) |
| 07/15/2014 | 24 | ATTORNEY Appearance for Defendant Magnolia Pictures LLC by Daniel C. Taylor (Taylor, Daniel) (Entered: 07/15/2014) |
| 07/15/2014 | 25 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Mortara, Adam) (Entered: 07/15/2014) |
| 07/15/2014 | 26 | MEMORANDUM by Amazon.com Inc, Magnolia Pictures LLC in support of Motion to Dismiss for Failure to State a Claim 25 (Attachments: # 1 Exhibit A)(Mortara, Adam) (Entered: 07/15/2014) |
| 07/15/2014 | 27 | NOTICE of Motion by Adam K Mortara for presentment of Motion to Dismiss for Failure to State a Claim 25 before Honorable James F. Holderman on 7/29/2014 at 09:00 AM. (Mortara, Adam) (Entered: 07/15/2014) |
| 07/16/2014 | 28 | ORDER Transferring Cases to Northern District of California. Having considered all the factors presented by the parties, as to these related cases, Defendants' Motion to Transfer to the Northern District of California Pursuant to 28 U.S.C. § 1404(a) 13 is granted. Defendants' Motion to Dismiss For Failure to State a Claim 25 is mooted by this transfer and may be presented to the transferee court. Counsel need not appear before this court on July 29, 2014. These related and consolidated cases are transferred to the Northern District of California in San Francisco. Civil case terminated. Signed by the Honorable James F. Holderman on 7/16/2014. Notice mailed by judge's staff (ntf, ) Modified on 7/16/2014 (ntf, ). (Entered: 07/16/2014) |
| 07/30/2014 | 29 | MAILED Patent report to Patent Trademark Office, Alexandria VA (Attachments: # 1 Patent Closing Order). (ph, ) (Entered: 07/30/2014) |
| 07/30/2014 | 30 | TRANSFERRED to the Northern District of California in San Francisco the electronic case file via email. (ph, ) (Entered: 07/30/2014) |