1  Todd Christopher Atkins (CA Bar No. 208879)
   tatkins@siprut.com
2  SIPRUT PC
3  701 B St Ste 1170
   San Diego, CA 92101
4  619-255-2380
   Fax: 619-231-4984
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  Red Pine Point LLC,                    Case No. 5:14-cv-04528-EJD

13              Plaintiff,
                                           **Notice of Dismissal with Prejudice**
14       v.

15  Amazon.com, Inc. and Magnolia Pictures

16  LLC,
                                           Judge: Hon. Edward J. Davila
17              Defendants.
                                           Courtroom 4
18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Red Pine Point LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of dismissal of this action with prejudice. Defendants have not served an answer or motion for summary judgment.

Date: October 27, 2014

Respectfully submitted,

/s/Todd Atkins
Todd Christopher Atkins (CA Bar No. 208879)
tatkins@siprut.com
SIPRUT PC
701 B St Ste 1170
San Diego, CA 92101
619-255-2380
Fax: 619-231-4984

*Counsel for Red Pine Point LLC*