1  Todd Christopher Atkins (CA Bar No. 208879)
2  tatkins@siprut.com
   SIPRUT PC
3  701 B St Ste 1170
   San Diego, CA 92101
4  619-255-2380
   Fax: 619-231-4984
5

*IT IS SO ORDERED*
*Judge Edward J. Davila*
*Dated: 10/28/2014*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Red Pine Point LLC, | Case No. 5:14-cv-04528-EJD |
|     Plaintiff, | |
|     v. | **Notice of Dismissal with Prejudice** |
| Amazon.com, Inc. and Magnolia Pictures LLC, | |
|     Defendants. | Judge: Hon. Edward J. Davila |
| | Courtroom 4 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Red Pine Point LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of dismissal of this action with prejudice. Defendants have not served an answer or motion for summary judgment. The Clerk shall close this file.

Date: October 27, 2014                                       Respectfully submitted,

/s/Todd Atkins
Todd Christopher Atkins (CA Bar No. 208879)
tatkins@siprut.com
SIPRUT PC
701 B St Ste 1170
San Diego, CA 92101
619-255-2380
Fax: 619-231-4984

*Counsel for Red Pine Point LLC*

Notice of Dismissal                                  2                        Case No. 5:14-cv-04528-EJD